1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 POCAHONTAS formerly known as         No.  2:19-cv-1576 KJM DB PS
   MADIHA MINER

12
               Plaintiff,

13                                  <u>FINDINGS AND RECOMMENDATIONS</u>

14     v.

15 NATIONAL AERONAUTICS & SPACE
   ADMINISTRATION,

16                Defendant.

17

18         Plaintiff Madiha Miner is proceeding in this action pro se.  This matter was referred to the

19 undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  By order

20 signed February 21, 2020, plaintiff's complaint was dismissed, and plaintiff was granted leave to

21 file an amended complaint that cured the defects noted in that order.  (ECF No. 6.)  Plaintiff was

22 granted twenty-eight days from the date of that order to file an amended complaint and was

23 specifically cautioned that the failure to respond to the court's order in a timely manner would

24 result in a recommendation that this action be dismissed.  (<u>Id.</u> at 5.)  The twenty-eight-day period

25 has expired, and plaintiff has not responded to the court's order in any manner.

26         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

27 prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

28 ////

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 10, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\miner1576.fta.f&rs